

# United States District Court
# Eastern District of California

| CARLOS DURAN | | |
|---|---|---|
| Plaintiff(s) | Case Number: | 1:25-cv-00786-CDB |

V.

| BELFOR USA GROUP INC. |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Gerald L. Maatman, Jr. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: BELFOR USA GROUP INC.

On 11/5/81 (date), I was admitted to practice and presently in good standing in the Illinois Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Montes v. Capstone Logistics, LLC, 1:24-cv-01485-SAB, Applied 02/07/2025, Granted 02/07/2025
Vargas v. Capstone Logistics LLC, 2:24-cv-00712-KJM-JDP, Applied 11/26/2024, Granted 11/26/2024

Date: July 8, 2025                Signature of Applicant: /s/ _[signature]_

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Gerald L. Maatman, Jr. |
| Law Firm Name: | Duane Morris LLP |
| Address: | 190 South LaSalle Street, Suite 3700 |
| City: | Chicago     State: IL     Zip: 60603 |
| Phone Number w/Area Code: | 312 499 6700 |
| City and State of Residence: | Winnetka, IL |
| Primary E-mail Address: | gmaatman@duanemorris.com |
| Secondary E-mail Address: | gmaatman@duanemorris.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Betty Luu |
| Law Firm Name: | Duane Morris LLP |
| Address: | 865 S. Figueroa Street, Suite 3100 |
| City: | Los Angeles     State: CA     Zip: 90017 |
| Phone Number w/Area Code: | 213-689-7400 |
| Bar #: | 305793 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: JULY 9, 2025

_____
U.S. MAGISTRATE JUDGE