|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CARLOS DURAN, | Case No. 1:25-cv-00786-JLT-CDB |
|---|---|
| Plaintiff, | ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT |
| v. | |
| BELFOR USA GROUP, INC., | (Doc. 14) |
| Defendant. | |

On May 19, 2025, Plaintiff Carlos Duran ("Plaintiff") initiated this action with the filing of a complaint in state court against Belfor USA Group, Inc. ("Defendant"), individually and on behalf of a putative class. (Doc. 1-2, Ex. A). Defendant removed the action on June 27, 2025. (Doc. 1).

Pending before the Court is the parties' stipulated request to extend to September 2, 2025, the time for Defendant to respond to Plaintiff's amended complaint, to be filed no later than August 1, 2025. (Doc. 14). The parties represent an extension is warranted as they "met and conferred regarding Defendant's motion to dismiss the [c]omplaint, or in the alternative, strike class allegations, or in the alternative for a more definite statement." *Id.* at 2.

///

///

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file any amended complaint no later than **August 1, 2025**.
2. Defendant shall file its response to the amended complaint no later than **September 2, 2025**.

IT IS SO ORDERED.

Dated: **July 30, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

2