|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| CARLOS DURAN,<br><br>            Plaintiff,<br><br>     v.<br><br>BELFOR USA GROUP, INC.,<br><br>            Defendant. | Case No. 1:25-cv-00786-JLT-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING TIME *NUNC PRO TUNC* FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Doc. 18) |

On May 19, 2025, Plaintiff Carlos Duran ("Plaintiff") initiated this action with the filing of a complaint in state court against Belfor USA Group, Inc. ("Defendant"), individually and on behalf of a putative class. (Doc. 1-2, Ex. A). Defendant removed the action on June 27, 2025. (Doc. 1).

Pending before the Court is the parties' second stipulated request to extend to September 16, 2025, the time for Defendant to respond to Plaintiff's first amended complaint, filed on August 29, 2025. (Doc. 18). The parties represent an extension is warranted as they wish to further meet and confer regarding Defendant's "potential motion to dismiss the [c]omplaint, or in the alternative, strike class allegations, or in the alternative for a more definite statement[.]" *Id.* at 2.

///

///

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendant shall file its response to the first amended complaint no later than **September 16, 2025**.

IT IS SO ORDERED.

Dated:   **September 3, 2025**

UNITED STATES MAGISTRATE JUDGE