UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DURAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BELFOR USA GROUP INC.,<br><br>    Defendant. | Case No. 1:25-cv-00786-JLT-CDB<br><br>ORDER ON THIRD STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT AND TO CONTINUE THE SCHEDULING CONFERENCE<br><br>(Docs. 5, 16, 20) |

On May 19, 2025, Plaintiff Carlos Duran ("Plaintiff") initiated this action with the filing of a complaint in state court against Defendant Belfor USA Group, Inc. ("Defendant"), individually and on behalf of a putative class. (Doc. 1-2, Ex. A). Defendant removed the action on June 27, 2025. (Doc. 1).

Pending before the Court is the parties' third stipulated request to extend to September 30, 2025, the time for Defendant to respond to Plaintiff's first amended complaint and to continue the scheduling conference to October 28, 2025, at 9:00 AM or a date appropriate, filed on September 10, 2025. (Doc. 20). The parties represent their request is warranted as they wish to further meet and confer regarding Defendant's "potential motion to dismiss the amended complaint, or in the alternative, strike class allegations, or in the alternative for a more definite statement," and to assess the impact of an allegedly overlapping class action entitled *Rodriguez, Richard, et al v. BELFOR USA Group Inc., et al*, No. 22-CV-02071 ("*Rodriguez*"), that is

currently pending in the Northern District of California. *Id.* at 3.

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant shall file its response to the first amended complaint no later than **September 30, 2025**.
2. The scheduling conference set for September 23, 2025, is continued to **October 29, 2025, at 9:00 AM**. As previously directed, the parties shall file a joint scheduling report at least one week prior to the conference. (Doc. 5).

IT IS SO ORDERED.

Dated:   **September 11, 2025**                              _____
                                                                                   UNITED STATES MAGISTRATE JUDGE