UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DURAN,<br><br>             Plaintiff,<br><br>    v.<br><br>BELFOR USA GROUP INC.,<br><br>             Defendant. | Case No. 1:25-cv-00786-JLT-CDB<br><br>ORDER ON FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Doc. 22) |

On May 19, 2025, Plaintiff Carlos Duran ("Plaintiff") initiated this action with the filing of a complaint in state court against Defendant Belfor USA Group, Inc. ("Defendant"), individually and on behalf of a putative class. (Doc. 1-2, Ex. A). Defendant removed the action on June 27, 2025. (Doc. 1). On August 1, 2025, Plaintiff filed the operative, first amended complaint ("FAC"). (Doc. 16).

Pending before the Court is the parties' fourth stipulated request to extend to October 3, 2025, the time for Defendant to respond to Plaintiff's FAC, filed on September 29, 2025. (Doc. 22). The parties represent their request is warranted as they wish to further meet and confer regarding Defendant's "potential motion to dismiss the amended complaint, or in the alternative, strike class allegations, or in the alternative for a more definite statement," and to assess the impact of an allegedly overlapping class action entitled *Rodriguez, Richard, et al v. BELFOR USA Group Inc., et al*, No. 22-CV-02071 ("*Rodriguez*"), that is currently pending in the Northern

District of California. *Id.* at 3. The parties further represent that they have discussed the possibility of settlement, need additional time to dismiss any potential settlement, and that the requested extension will not require the continuance or extension of any dates in the scheduling of this case. *Id.*

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendant shall file its response to the first amended complaint no later than **October 3, 2025**.

IT IS SO ORDERED.

Dated: **September 30, 2025**

UNITED STATES MAGISTRATE JUDGE