UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DURAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BELFOR USA GROUP INC.,<br><br>　　　　Defendant. | Case No. 1:25-cv-00786-JLT-CDB<br><br>ORDER ON FIFTH STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Doc. 25) |

On May 19, 2025, Plaintiff Carlos Duran ("Plaintiff") initiated this action with the filing of a complaint in state court against Defendant Belfor USA Group, Inc. ("Defendant"), individually and on behalf of a putative class. (Doc. 1-2, Ex. A). Defendant removed the action on June 27, 2025. (Doc. 1). On August 1, 2025, Plaintiff filed the operative, first amended complaint ("FAC"). (Doc. 16).

Pending before the Court is the parties' fifth stipulated request to extend to November 14, 2025, the time for Defendant to respond to Plaintiff's FAC, filed on October 3, 2025. (Doc. 25). The parties represent that on October 3, 2025, the parties reached a tentative agreement to settle Plaintiff's claims on an individual basis. *Id.* at 3. The parties represent their request is warranted as they need additional time to finalize the settlement agreement terms and prepare a request to dismiss the FAC pursuant to the settlement agreement. *Id.* The parties represent that this proposal is in the best interest of the parties. *Id.*

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendant shall file either a notice of settlement (*see* E.D. Cal. Local Rule 160) or its response to the first amended complaint no later than **November 14, 2025**.

IT IS SO ORDERED.

Dated:   **October 6, 2025**

UNITED STATES MAGISTRATE JUDGE